5 pages
Byron Lee Lynch, State Bar No. 074729
Post Office Box 685
Shasta Lake, CA 96019
Telephone (530) 244-1235
bllynch@me.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE: | Case No. 14-29045-A-7 |
|---|---|
| WILLIAM HENRY ACKERMAN<br>&<br>GERALDINE SUE ACKERMAN,<br><br>DEBTORS. | MC#:  BLL-3<br>Date:  June 1, 2015<br>Time:  10:00 AM<br>Dept:  A<br>Ct. Rm  28 |

## MOTION REQUESTING AUTHORIZATION TO SELL REAL PROPERTY

1.    Property of the estate includes a vacant lot located at 10354 S Avenida Compadres, Yuma Arizona, (the Property). By this motion, your Chapter 7 trustee seeks bankruptcy court authorization to sell the Property. The legal description is filed herewith as Exhibit "A".

2.    Trustee has received a Vacant Land/Lot Purchase Contract, (the Offer) to purchase the Property for $30,000, (the Bid). A copy of the Offer is filed herewith as Exhibit "B".

3.    Title to the Property is jointly vested in the debtors.

4.    Trustee has discussed the market conditions in Yuma, Arizona, relative to the Property with his Realtor. He has been advised that only three properties have sold during the 2014 - 2015

Motion (BLL-3)
Page 1 of 4

snow bird season. The Yuma market has been depressed due to the relative good Northern California weather and the low exchange rate with Canada.

5.  Buyers have been advised that their due diligence must be completed prior to the court hearing to approve the sale and that the Subject Property is to be **"sold as is, without any representations, conditions, or warranties except warranty of title"**.

6.  There are no liens of record against the Property except for accrued property taxes, as are disclosed on the Commitment For Title Insurance issued, (the Report) issued by Pioneer Title Agency, effective as of April 15, 2015. A true and correct copy of the Report is filed herewith as Exhibit "C"

7.  Under the terms of the Offer, the estate will pay 50% of all escrow and title expenses, plus pro-rated property taxes, and incidental costs directly related to the sale of the Subject Property. The bankruptcy estate's net proceeds from the sale, after realtor commissions, escrow and title fees are estimated to be $27,111.14. A copy of the estimated Closing Statement is filed herewith as Exhibit "D".

**Overbids on the Property:**

8.  Subject to bankruptcy court approval, overbids in $1,000 increments, which are accompanied by a $2,000 deposit are invited. The deposit is non refundable if the sale does not close due to circumstances within the successful bidders control.

LAW OFFICES OF
BYRON LEE LYNCH
REDDING, CALIFORNIA 96019
530-244-1235

Motion (BLL-3)
Page 2 of 4

9. Trustee understands that the bankruptcy court may set the terms of overbids.

10. When a Bid is accepted by the bankruptcy court, the bidder shall thereby become legally liable to purchase the Subject Property, **which is sold as is, without any representations, conditions, or warranties except warranty of title.**

**Authorities re Sale:**

11. Chapter 7 trustees may sell property of the estate pursuant to 11 U.S.C § 363(b)(1) and they have a duty to liquidate property pursuant to 11 U.S.C § 704(1).

12. By this motion, trustee proposes that all liens be paid through escrow.

13. Trustee proposes that after all encumbrances, liens, Realtor commissions, title and escrow fees, and other expenses of sale are paid in full, the net proceeds of the sale, be placed into the bankruptcy estate's account to be maintained by trustee pending further order of court.

**WHEREFORE** your trustee prays as follows:

a.. that the court accept the Offer to purchase the Property for the purchase price of $30,000, or the highest overbid, in $1,000 increments. Overbids must be accompanied by a deposit of $2,000 which is non refundable if the sale does not close due to circumstances within the successful bidders control;

b. that the trustee be authorized to execute any and all documents necessary to transfer title of the subject property to the highest bidder;

Motion (BLL-3)
Page 3 of 4

c.  that the trustee be authorized to instruct payment from escrow of all consentual liens and encumbrances;

d.  that the trustee be authorized to instruct payment from escrow for customary escrow and title expenses, pro-rated property taxes, and of costs directly related to the sale of the subject property, including a 6% Realtor commission;

e.  that on the close, the net proceeds remaining after liens, encumbrances, and cost of sale shall be paid into the bankruptcy estate's account, to be maintained by trustee pending further order of court; and,

f.  for such further relief as may be deemed proper and just at the hearing in this matter.

DATED:    May 1, 2015

                                      THE LAW OFFICE OF
                                      BYRON LEE LYNCH

                          BY: _____
                                BYRON LEE LYNCH,
                                Attorney for Trustee

LAW OFFICES OF
BYRON LEE LYNCH
REDDING, CALIFORNIA 96019
530-244-1235

Motion (BLL-3)
Page 4 of 4